Elmer J. BENES and Frances M. Benes, E. J. Benes & Company, Inc., Petitioners,

v.

COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 16227.

United States Court of Appeals
Sixth Circuit.

Jan. 10, 1966.

Samuel Byer, New York City, for petitioners.

Stephen H. Paley, Dept. of Justice, Washington, D. C., Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, I. Henry Kutz, Attys., Dept. of Justice, Washington, D. C., on brief, for respondent.

Before WEICK, Chief Judge, CELEBREZZE, Circuit Judge, and CECIL, Senior Circuit Judge.

ORDER.

The above cause coming on to be heard on the briefs, record, and arguments of the parties, and the Court being duly advised:

Now, therefore, it is ordered, adjudged and decreed that the decision of the Tax Court be and is hereby affirmed for the reasons set forth in the opinion of Judge Pierce, reported in 42 T.C. 358.

---

Luise S. CRISTIANI, Appellant,

v.

FIRST FEDERAL SAVINGS AND LOAN ASSOCIATION OF SARASOTA et al., Appellees.

No. 22526.

United States Court of Appeals
Fifth Circuit.

Feb. 9, 1966.

Luise S. Cristiani, pro se.

W. Davis Parker, James L. Ritchey, Williams, Parker, Harrison & Dietz, Sarasota, Fla., for appellees.

Before GEWIN and COLEMAN, Circuit Judges, and McRAE, District Judge.

PER CURIAM.

The judgment of the District Court in this case is

Affirmed.